# Court of Appeals
# of the State of Georgia

ATLANTA,  January 29, 2026

*The Court of Appeals hereby passes the following order:*

## A26A0722.  AUGUSTINE v. GA CIRCLE 182, LLC.

This appeal was docketed on October 29, 2025. Since that time, Appellant has requested and been granted three extensions of time in which to file his brief. Consequently, pursuant to the most recent extension, his brief was due on January 26, 2025, and we noted in that order that no further requests for an extension of time would be considered.

As a result of extremely inclement weather on January 26, 2025, we issued an Emergency Order explaining that any filings due on that day would be accepted the next business day. Nevertheless, as of January 28, 2026, Appellant has failed to file his appellate brief, and Appellee has filed a motion to dismiss the appeal. Accordingly, pursuant to Court of Appeals Rules 7(e) and 23(a), Appellee's motion to dismiss is GRANTED, and this appeal is hereby DISMISSED. *See Britton v. Fed. Nat'l Mortg. Ass'n*, 307 Ga. App. 581, 582(1) (705 SE2d 682) (2011).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  01/29/2026

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*